UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>HIGINIO GARCIA SALAZAR,<br><br>　　　　　　　　Defendant. | Case No. 22-cr-1879-GPC<br><br>ORDER MODIFYING CONDITIONS OF RELEASE RELATING TO GPS MONITORING AND HOME CURFEW<br>[ECF Nos. 84, 87] |

　　　Based upon the unopposed motion of the Defendant, and GOOD CAUSE appearing, it is hereby ordered that the Order entered on 8/16/23 (Doc. 84) is hereby modified as follows:

　　　Defendant's conditions of release are modified to allow the removal of the GPS monitoring bracelet and its replacement with location monitoring via cellular phone. Defendant shall remain subject to a curfew of 10 pm.

　　　IT IS SO ORDERED.

　　Dated:  August 22, 2023

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Hon. Gonzalo P. Curiel
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge